[No. 10,640.—Department Two.]
May 16, 1881.

## THE PEOPLE *v.* N. K. SPECHT.

APPEALABLE ORDER.—An order, made upon sustaining a demurrer to the indictment, that the District Attorney filed an information against the defendant, is not appealable.

APPEAL from an order of the Superior Court of the County of Colusa. HATCH, J.

*E. K. Bridgport* and *Jackson Hatch*, for Appellant.

*A. L. Hart*, Attorney General, for Respondent.

The COURT:

After the order sustaining the demurrer to the indictment, the Court made an order that the District Attorney file an information against the defendant. The appeal is from this order. The order is not an appealable one.

Appeal dismissed.